IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00275–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     JUVENAL RAMIREZ-BIRRUETA,
        a/k/a "Juvenal Ramirez,"
3.     RAFAEL RAMIREZ-BIRRUETA,
        a/k/a "Rafael Ramirez,"
        a/k/a "Rafael Ramirezbirrueta,"
7.     ANA NEMECIA OROZCO (OROSCO),
        a/k/a "Ana Guereca,"
8.     BEATRIZ MUÑOZ-CARRILLO,
        a/k/a "Beatriz Muñoz,"
        a/k/a "Beatriz Carillo,"
9.     LUZ ELENA RODRIGUEZ-CARRILLO,
        a/k/a "Luz Rodriguez,"
        a/k/a "Luz Carrillo,"
11.    JOSE MARTINEZ,
        a/k/a "Jose E. Martinez-Horta,"
        a/k/a "Juan Encarnacion Horta-Martinez,"
        a/k/a "Juan Martinez-Horta,"
        a/k/a "J. Encarnacion Martinez Horta,"
        a/k/a "J. Encarnacion Martinez,"
        a/k/a "Jose Encarnacion Martinez-Hoerta,"
13.    SHANE MACDONALD,
14.    ADRIAN ALLEN ROMERO,
15.    EVARISTO OROSCO (OROZCO),
        a/k/a "Evaristo Gonzalez,"
        a/k/a "Evaristo Orosco-Gonzalez,"
16.    MARTHA OROSCO (OROZCO),
        a/k/a "Martha Enriquez De Orozco,"
17.    BENERITO ABEL MARQUEZ,
20.    ROBERT J. CLARK,
        a/k/a "R.J. Clark,"

21.    JULIANA MONICA ATENCIO,
              a/k/a "Juliana Monica Hernandez,"
22.    ARMANDO MARTINEZ-ANAYA,
23.    CYNTHIA OROSCO (OROZCO),

Defendants.

## ORDER

This matter is before the court on the Government's motion (#631) for clarification regarding a hearing scheduled for June 6, 2008. Because of numerous other matters scheduled for that date, the court will not be able to devote the time which the Government thinks the hearing will take. Accordingly, it is

**ORDERED** as follows:

1. The motion for clarification is GRANTED.

2. At the hearing scheduled for June 6, the court will hear and attempt to rule on any motion not requiring the taking of evidence. It will also schedule an evidentiary hearing as soon as possible.

Dated this 2nd day of June, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge