UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00275-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

13.  SHANE MACDONALD,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A compliance review hearing is set for **Wednesday, July 6, 2011, at 3:00 p.m.**

      Dated: June 6, 2011