UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00275-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.  SHANE MACDONALD,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The compliance review hearing set for Wednesday, July 6, 2011, at 3:00 p.m. is **RESET** to **Tuesday, June 28, 2011, at 3:30 p.m.**

    Dated: June 7, 2011